*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  September 17, 2015                    520296
_____

In the Matter of THOMAS J.
    KRUPA,
                        Appellant,

        v                                          MEMORANDUM AND ORDER

ANTHONY J. ANNUCCI, as Acting
    Commissioner of Corrections
    and Community Supervision,
    et al.,
                        Respondents.
_____


Calendar Date:  August 10, 2015

Before:  Peters, P.J., Egan Jr., Rose and Clark, JJ.

                    _____


        Thomas J. Krupa, Rome, appellant pro se.

        Eric T. Schneiderman, Attorney General, Albany (Peter H.
Schiff of counsel), for respondents.

                    _____


        Appeal from a judgment of the Supreme Court (McDonough,
J.), entered November 25, 2014 in Albany County, which dismissed
petitioner's application, in a proceeding pursuant to CPLR
article 78, to review a determination of respondent Commissioner
of Corrections and Community Supervision finding petitioner
guilty of violating certain prison disciplinary rules.

        Judgment affirmed.  No opinion.


        Peters, P.J., Egan Jr., Rose and Clark, JJ., concur.

ORDERED that the judgment is affirmed, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court